UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

       Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, ALFRED CLARK, JR. and JASON ADOLPHUS DAVIDS, bring this action against Defendants, NATIONWIDE HVAC CORP, ARSEN GRITSENKO, and LUKASZ KOZOWY, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs ALFRED CLARK, JR.and JASON ADOLPHUS DAVIDS were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, NATIONWIDE HVAC CORP, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of installation, repair, and service of HVAC units, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its

employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, ARSEN GRITSENKO, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, NATIONWIDE HVAC CORP, and controlled Plaintiffs' duties, hours worked, and compensation. Accordingly, ARSEN GRITSENKO was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

5. Defendant, LUKASZ KOZOWY, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, NATIONWIDE HVAC CORP, and controlled Plaintiffs' duties, hours worked, and compensation. Accordingly, LUKASZ KOZOWY was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6. Plaintiffs worked for Defendants as installers and service techs.

7. Defendants failed to pay Plaintiffs their full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rates of pay for all hours worked over 40 each week.

8. Attached as <u>Exhibit A</u> and <u>Exhibit B</u> are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

9. Defendants have knowingly and willfully refused to pay Plaintiffs their legally-entitled wages by failing to pay their full and proper overtime wages.

10. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

12. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiffs seek recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

    Respectfully submitted,

    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    Phone: (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    _/s/ Elliot A. Kozolchyk_
    Elliot Kozolchyk, Esq.
    Bar No.: 74791