UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61464-CIV-DIMITROULEAS

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

    Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

    Defendants.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiffs filed a Complaint on July 24, 2017, yet there is no indication that they have served Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **October 31, 2017**, Plaintiffs shall either perfect service upon Defendants, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of October, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record