UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61464-civ-Dimitrouleas/Snow

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

      Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

      Defendants.
_____/

## PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiffs, Alfred Clark, Jr. and Jason Adolphus Davids, respond to the Courts' Order to Show Cause [DE 9], as follows:

1.    Plaintiffs have been working to serve the corporate defendant through the Florida Secretary of State.

2.    Due to a calendaring and computer error, the service date was inadvertently not calendared.

3.    Throughout Plaintiffs' repeated efforts to serve Defendants, Defendants have actively and intentionally evaded service.

4.    Plaintiffs have filed their Notice of Filing New Summons [DE 10] to comply with the Secretary of State's requirement that defendants served through the Secretary of State be served c/o the Secretary of State.

WHEREFORE, Plaintiffs respectfully request 60 days to serve the individual defendants and to effectuate service on Defendant Nationwide HVAC Corp through service on the Florida Secretary of State.

> Respectfully submitted,
>
> Koz Law, P.A.
> 320 S.E. 9th Street
> Fort Lauderdale, Florida 33316
> Phone: (786) 924-9929
> Fax:    (786) 358-6071
> Email: ekoz@kozlawfirm.com
>
> Elliot Kozolchyk, Esq.
> Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 5, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

> Elliot Kozolchyk, Esq.

## SERVICE LIST

Defendants have not yet appeared in this case.