UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61464-civ-Dimitrouleas/Snow

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

      Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

      Defendants.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANTS**

Pursuant to the Court's Order [DE 13], Plaintiffs move for an extension of time to and in support, state the following:

1. Plaintiffs are currently waiting to receive confirmation of service on Defendant Nationwide HVAC Corp through Florida's Secretary of State.

2. Defendants have actively evaded service.

3. Plaintiffs' process server made *many* efforts to serve Defendants.

4. Defendants repeatedly advise Plaintiffs' process server that they are available, but when the process server comes to serve the papers, Defendants are nowhere to be found.

5. Plaintiffs' process server advises:

> No matter what the Defendant says, that he is there and will be there, etc….. When we go to the address provided, there is no answer at the door. I just tried calling him again, and now I get voicemail. Not sure what more we can do other than sit there to see if someone comes out of the apartment condo, which Arsen claims is an office. Server is continuing attempts, but, I do believe they are avoiding.

WHEREFORE, Plaintiffs respectfully requests an additional 30 days to serve Defendants.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 6, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

Defendants have not yet appeared in this case.