UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61464-CIV-DIMITROULEAS

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

    Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Plaintiffs' Motion for Extension of Time to Serve Defendants [DE 16], filed herein on May 7, 2018.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Motion for Extension of Time to Serve Defendants [DE 16] is **GRANTED IN PART**;

2.    The deadline to serve Defendants is hereby extended to May 22, 2018.

3.    There have been three (3) prior extensions of the service deadline.  No further extensions should be expected.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to counsel of record