

FLORIDA DEPARTMENT OF STATE
Division of Corporations

May 18, 2018

ELLIOT KOZOLCHYK, ESQ.
320 S.E. 9TH STREET
FORT LAUDERDALE, FL 33316

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number 17-61464-CIV, was accepted for LUKASZ KOZOWY, and was filed on May 17, 2018, at 03:00 PM.

Plaintiff(s)

ALFRED CLARK, JR., JASON ADOLPHUS DAVIDS,

-vs-

Defendant(s)

NATIONWIDE HVAC CORP, ARSEN GRITSENKO and LUKASZ KOZOWY,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

Yvette Scott
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 818A00010409