UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61464-CIV-DIMITROULEAS

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

      Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

      Defendants.

_____/

### ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiffs filed a Complaint on July 24, 2017. [DE 1]. Defendants were served and their responses to the Complaint were due on or before June 7, 2018. *See* [DE's 20-24]. As of the date of this Order, Defendants have not yet responded to the Complaint.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). In this case, although the Defendants have failed to timely respond to the Complaint, Plaintiffs have not yet moved for Clerk's Entries of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Plaintiffs, on or before **June 25, 2018**, shall either move for Clerk's Entries of

Default against Defendants, or show cause why this action should not be dismissed

for a lack of prosecution; and

2.      A failure to comply with this Order may result in immediate dismissal of this action

without prejudice.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

18th day of June, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record