UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61464-CIV-DIMITROULEAS

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

    Plaintiffs,

v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

    Defendants.
_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiffs filed a Complaint on July 24, 2017. [DE 1]. Defendants were served and their responses to the Complaint were due on or before June 7, 2018. *See* [DE's 20-24]. ]. Plaintiffs obtained a Clerk's Entry of Default against Defendants on June 26, 2018. *See* [DE 27]. However, Plaintiffs have not yet moved for a default judgment against Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **July 16, 2018**, Plaintiffs shall either move for default judgment against Defendants or show cause why they have not done so; and

2. A failure to comply with this Order will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2018.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record