UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61464-CIV-DIMITROULEAS

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

    Plaintiffs,
v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

    Defendants.
_____/

### ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFFS' MOTION FOR DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Verified Motion for Default Judgment and Attorney's Fees and Costs (the "Motion") [DE 29], filed herein on July 17, 2018.  The Court has carefully considered the Motion [DE 29] and is otherwise fully advised in the premises.

Plaintiffs filed a Complaint on July 24, 2017. [DE 1]. Defendants were served and their responses to the Complaint were due on or before June 7, 2018. *See* [DE's 20-24]. ].   Plaintiffs obtained a Clerk's Entry of Default against Defendants on June 26, 2018. *See* [DE 27].   On July 17, 2018, Plaintiffs filed the instant Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall show cause on or before **July 31, 2018**, why the Motion [DE 29] should not be granted. A failure to timely respond will result in the immediate entry of a default judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of July, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Nationwide HVAC Corp
Registered Agent: Arsen Gritsenko
110 N Federal Hwy 912
Fort Lauderdale, FL 33301

Arsen Gritsenko
110 N Federal Hwy #912
Fort Lauderdale, FL 33301

Lukasz Kozowy
110 N Federal Hwy #912
Fort Lauderdale, FL 33301