UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61464-civ-Dimitrouleas

ALFRED CLARK, JR.,
JASON ADOLPHUS DAVIDS,

        Plaintiffs,
v.

NATIONWIDE HVAC CORP,
ARSEN GRITSENKO,
LUKASZ KOZOWY,

        Defendants.
_____/

## **PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiffs, Alfred Clark, Jr. and Jason Adolphus Davids, respond to the Courts' Order to Show Cause [DE 37], as follows:

1. On August 7, 2018 the undersigned sent waivers of service to Defendants' counsel in an effort to avoid further costs of service.

2. Defendants' counsel initially claimed that he did not have "authority to accept service" because his clients were "out of town."

3. After several emails back and forth with Defendants' counsel, he finally confirmed unequivocally on August 22, 2018 that Defendants would not accept service.

4. Notwithstanding Defendants' active evasion of service, the undersigned believes it was prudent and necessary to engage in this good-faith effort to obtain Defendants' waiver of service pursuant to Fed.R.Civ.P. 4, which requires Defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.

5. Plaintiffs intend to amend their Complaint to allege the necessary allegations to support substitute service, and then serve Defendants through substitute service.

6. To date, Plaintiffs have incurred substantial costs in their effort to serve Defendants which has been caused by Defendants' evasion of service.

WHEREFORE, Plaintiffs respectfully requests the Court find good cause and grant Plaintiffs leave to amend their Complaint to allege the necessary allegations to support substitute service, and then serve Defendants through substitute service on the Florida Secretary of State.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 4, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

Lowell J. Kuvin
*Counsel for Defendants*
Law Office of Lowell J. Kuvin, LLC
17 East Flagler St., Suite 223
Miami, Florida 33131
Tel: (305) 358-6800
Fax: (305) 358-6808
Email: lowell@kuvinlaw.com